IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS (Houston)

| | | |
|---|---|---|
| JOHN H. ADAMS and<br>LORRAINE ADAMS<br><br>     Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.<br><br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:17-cv-03755 |

## PLAINTIFFS STIPULATION OF DISMISSAL

COME NOW, Plaintiffs herein and by and through their counsel of records, file this Stipulation of Dismissal as to all claims against all Defendants.

1. Pursuant to Rule 41(a)(1)(A)(ii), all parties who have appeared stipulate that Plaintiffs may dismiss this action without a court order.

2. All unpaid costs of the suit shall be paid by the party incurring the same.

>Respectfully submitted,
>**WATERS & KRAUS, LLP**
>/s/ *David C. Humen*
>DAVID C. HUMEN
>State Bar No. 24087769
>dhumen@waterskraus.com
>GIBBS C. HENDERSON
>State Bar No. 24041084
>ghenderson@waterskraus.com

1

3141 Hood Street, Suite 700
Dallas, Texas 75219
(214) 357-6244
(214) 357-7252 Fax

**ATTORNEYS FOR PLAINTIFFS**

**AGREED AS TO FORM**

See attachment
Barbara Jane Barron
Mehaffy Weber
2615 Calder Ave, Suite 800
Beaumont, TX 77702
409-835-5011
**ATTORNEY FOR MERIDEN MOLDED PLASTICS, INC.**


*/s/ Ryan L. Harrison*
Brian E Berger
Ryan Lee Harrison
Paine Bickers LL P
900 S Capital of Tex as Highway
Las Cimas IV, Suite 460
Austin, TX 78746
512-328-5551
**ATTORNEY FOR CBS CORPORATION**


See attachment
Nathaniel Austin Bosio
Dogan Wilkinson PLLC
736 Delmas Ave
Pascagoula, MS 3 9567
228-762-2272
**ATTORNEY FOR GUARD-LINE INC.**

2

See attachment
Robert Sean Brennan, Jr
Clifton Trigg Hutchinson
KL Gates LLP
1000 Main St
Ste 2550
Houston, TX 77002
713-815-7315
**ATTORNEY FOR SCHNEIDER ELECTRIC USA, INC.**


See attachment
Kevin Barber Brown
Thompson Coe et al
700 N Pearl St
25th Floor
Dallas, TX 75201
214-871-8286
**ATTORNEY FOR 3M COMPANY**


/s/ Ricardo Cedillo
Ricardo Gonzalez Cedillo
Davis Cedillo & Mendoza, Inc.
755 E Mulberry Ave
Ste 500
San Antonio, TX 78212
210-822-6666
**ATTORNEYS FOR HOLLINGSWORTH & VOSE COMPANY and RJ REYNOLDS TOBACCO COMPANY**


See attachment
Brian Thomas Clark
Laura Patricia Yee
Guy Patrick Glazier
Joseph L. Hood, Jr.
Glazier Yee LLP
235 Montgomery St
Ste 1003
San Francisco, CA 94104
415-356-1100
**ATTORNEYS FOR LOCKHEED MARTIN CORPORATION**

/s/ Robert E. Dodson
Richard N Dodson
Robert E Dodson
Dodson & Dodson L LP
5515 Plaza Drive
Texarkana, TX 75 504
903-794-3121
**ATTORNEYS FOR APPLETON GRP. LLC and EMERSON ELECTRIC CO.**


See attachment
Joshua Dudley Kipp
Rodney H. Lawson
Debran Lee Ann O'Neil
Carrington Coleman
901 Main St
Ste 5500
Dallas, TX 75202
214-855-3047
**ATTORNEY FOR ROCKWELL AUTOMATION INC.**

See attachment
David W Ledyard
Vickie R Thompson
Strong Pipkin
595 Orleans
Ste 1400
Beaumont, TX 77701-3255
409-981-1100
**ATTORNEY FOR OCCIDENTAL CHEMICAL CORPORATION**


See attachment
Hollingsworth Barrett Marshall, Jr.
214 -780-5100
**ATTORNEY FOR PLASTICS ENGINEERING COMPANY**

*/s/ Ricardo Cedillo*
Ricardo Gonzalez Cedillo
Davis Cedillo & Mendoza, Inc.
755 E Mulberry Ave
Ste 500
San Antonio, TX 78212
210-822-6666
**ATTORNEY FOR RJ REYNOLDS TOBACCO COMPANY**

*/s/ Ken D. Rhodes*
Ken D. Rhodes
Gray Reed & McGraw
1300 Post Oak Blvd
Ste 1000
Houston, TX 77056
713-986-7146
**ATTORNEY FOR CYTEC ENGINEERED MATERIALS, INC.**

*/s/ Max Swetman*
Max Swetman
Manion Gaynor and Manning
365 Canal Street
Ste 3000
New Orleans, LA 70130
504-535-2880
**ATTORNEY FOR THE BOEING COMPANY**


See attachment
Michael G Terry
Hartline Dacus
800 North Shoreline Blvd.
Suite 2000 N
Corpus Christi, TX 78401
361-866-8000
**ATTORNEY FOR UNION CARBIDE CORPORATION**

*/s/ Misti Dawn Mosteller*
Misti Dawn Mosteller
DeHay Elliston LLP
901 Main St
Ste 3500
Dallas, TX 75201
214-210-2400
**ATTORNEY FOR CERTAINTEED CORPORATION**

                                                    3141 Hood Street, Suite 700
                                                    Dallas, Texas 75219
                                                    (214) 357-6244
                                                    (214) 357-7252 Fax

                                               **ATTORNEYS FOR PLAINTIFFS**

**AGREED AS TO FORM**

*/s/ Barbara J. Barron*
Barbara Jane Barron
Mehaffy Weber
2615 Calder Ave, Suite 800
Beaumont , TX 77702
409-835-5011
**ATTORNEY FOR MERIDEN MOLDED PLASTICS, INC.**


_____
Brian E Berger
Paine Bickers LL P
900 S Capital of Tex as Highway
Las Cimas IV, Suite 460
Austin, TX 78746
512-328-5551
**ATTORNEY FOR CBS CORPORATION**


*/s/ Nathaniel Austin Bosio w/perm*
Nathaniel Austin Bosio
Dogan Wilkinson PLLC
736 Delmas Ave
Pascagoula, MS 3 9567
228-762-2272
**ATTORNEY FOR GUARD-LINE INC.**

2

_____
Richard N Dodson
Dodson & Dodson L LP
5515 Plaza Drive
Texarkana, TX 75 504
903-794-3121
**ATTORNEY FOR APPLETON GRP. LLC**


_/s/ Debran O'Neil_____ w/perm
Joshua Dudley Kipp
Rodney H. Lawson
Debran Lee Ann O'Neil
Carrington Coleman et al
901 Main St
Ste 5500
Dallas, TX 75202
214-855-3047
**ATTORNEY FOR ROCKWELL AUTOMATION INC.**


_/s/ David Ledyard_____ w/perm
David W Ledyard
Vickie R Thompson
Strong Pipkin et al
595 Orleans
Ste 1400
Beaumon t, TX 77701-3255
409-981-1100
**ATTORNEY FOR OCCIDENTAL CHEMICAL CORPORATION**


_/s/ Barrett Marshall_____ w/perm
Hollingsworth Barrett Marshall, Jr.
214 -780-5100
**ATTORNEY FOR PLASTICS ENGINEERING COMPANY**

4

_Clifton Hutchinson_
Robert Sean Brennan, Jr
Clifton Trigg Hutchinson
KL Gates LLP
1000 Main St
Ste 2550
Houston, TX 77002
713-815-7315
**ATTORNEY FOR SCHNEIDER ELECTRIC USA, INC.**

_Kevin Barber Brown_
Kevin Barber Brown
Thompson Coe et al
700 N Pearl St
25th Floor
Dallas, TX 75201
214-871-8286
**ATTORNEY FOR 3M COMPANY**


Ricardo Gonzalez Cedillo
Davis Cedillo et al
755 E Mulberry Av e
Ste 500
San Antonio, TX 78212
210-822-6666
**ATTORNEYS FOR HOLLINGSWORTH & VOSE COMPANY**

_Brian Clark_
Brian Thomas Clark
Laura Patricia Yee
Glazier Yee LLP
235 Montgomery St
Ste 1003
San Francisco, CA 94104
415-356-1100
**ATTORNEYS FOR LOCKHEED MARTIN CORPORATION**

3

Elizabeth Raines
Hughes Hubbard & Reed LLP
2345 Grand Suite 2000
Kansas City, MO 64108
816-709-4100
816-709-4198 (fax)
**ATTORNEY FOR RJ REYNOLDS TOBACCO COMPANY**


Looper Reed
1300 Post Oak Blvd
Ste 1000
Houston, TX 77056
713-986-7146
**ATTORNEY FOR CYTEC ENGINEERED MATERIALS, INC.**


Jeanette Seraile-Riggins
Glenn L. M. Swetman
Manion Gaynor and Mann ing
365 Canal Street
Ste 3000
New Orle ans, LA 70130
504-535-2880
**ATTORNEY FOR THE BOEING COMPANY**


*/s/ Michael G Terry*
Michael G Terry
Hartline Dacus et a l
800 North Shoreline Blvd.
Suite 2000 N
Corpus Christ i, Tx 78401
361-866-8000
**ATTORNEY FOR UNION CARBIDE CORPORATION**

5