United States District Court
Southern District of Texas
**ENTERED**
March 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN H ADAMS, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-3755 |
| | § |
| 3M COMPANY F/K/A MINNESOTA MINING & MANUFACTURING COMPANY, *et al*, | § |
| | § |
| Defendants. | § |

### ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal, this action is DISMISSED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All unpaid costs of the suit shall be paid by the party incurring the same.

SIGNED at Houston, Texas, this 22nd day of March, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE